## Ex parte TINKOFF.

(Circuit Court of Appeals, Seventh Circuit.    June 11, 1918.)

### Nos. 2621–2624.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois; Kenesaw M. Landis, Judge.

From orders (254 Fed. 222) denying writs of habeas corpus to Paysoff Tinkoff, Steve Zozaski, Hugo Carlson, and Victor Zukowski, petitioners separately appeal. Affirmed.

Paysoff Tinkoff and Stedman & Soelke, all of Chicago, Ill. (Swan M. Johnson, of Chicago, Ill., of counsel), for appellant Tinkoff.

Stedman & Soelke, of Chicago, Ill. (Swan M. Johnson, of Chicago, Ill. of counsel), for appellants Zozaski, Carlson, and Zukowski.

Charles F. Clyne, U. S. Atty., Robert T. Neill, Sp. Asst. U. S. Atty., and Lieut. Col. Nathan William MacChesney, Judge Advocate, U. S. Army, all of Chicago, Ill. (Lieut. Col. Nathan William MacChesney and Leslie M. O'Connor, Department Judge Advocate's Office, Central Department, U. S. Army, both of Chicago, Ill., of counsel), for appellees.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM.    The orders heretofore entered by the District Court in these cases, refusing to issue writs of habeas corpus for discharge from military service of the United States under Selective Service Law May 18, 1917, c. 15, 40 Stat. 76, will be affirmed, as the petitions do not set forth facts justifying their issuance.